| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br> Marianna Udem <br> Brigette McGrath <br> ASK LLP <br> 60 East 42nd Street, 46th Floor <br> New York, NY 10165 <br> Telephone: (212) 267-7342 <br> Facsimile: (212) 918-3427 <br> mudem@askllp.com <br> bmcgrath@askllp.com <br><br> *Special Counsel to the Plan Administrator* |

| | |
|---|---|
| In re: <br><br> BED BATH & BEYOND, INC., *et al.*, <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-13359 (VFP) <br><br> (Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.), <br><br> Plaintiff, <br><br> v. <br><br> SodaStream USA Inc., <br><br> Defendant. | Adv. No. 24-01400-VFP |

## CERTIFICATE OF SERVICE

I, Brigette G. McGrath, Esquire, hereby certify that on October 17, 2024, a copy of the Notice of Scheduling of Mediation was caused to be served on the following via First-Class Mail:

Jeremy C. Kleinman, Esq.
FRANK GECKER LLP
1327 West Washington Boulevard Ste 5G-H
Chicago, IL 60607

3

Jeffrey Chubak, Esq.
AMINI LLC
131 West 35th Street 12th Fl
New York, NY 10001

Dated: October 17, 2024

          **ASK LLP**

          By: /s/ *Brigette G. McGrath*
          Brigette G. McGrath., Esq., NY SBN 4962379
          2600 Eagan Woods Drive, Suite 400
          St. Paul, MN  55121
          Telephone: (651) 289-3845
          Email: bmcgrath@askllp.com

          *Counsel for Plaintiff*